# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of January, two thousand twenty-three,

Before:     Sarah A. L. Merriam,
               *Circuit Judge,*

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

    Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse

    Defendants – Appellants.

**ORDER**

Docket Nos. 22-2908(L), 22-2972(Con)

_____

    Appellants move for leave to file an oversized opening brief of no more than 16,500 words.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                            For the Court**:**
                            Catherine O'Hagan Wolfe,
                            Clerk of Court