# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of January, two thousand twenty-three.

_____

Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,

    Plaintiffs - Appellees,

v.

Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the NewYork State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse,

    Defendants – Appellants.
_____

**ORDER**

Docket No. 22-2908(L), 22-2972(Con)

    Counsel for Appellees filed a scheduling notification pursuant to Local Rule 31.2, setting February 1, 2023 as their brief filing date. Counsel for Appellants have agreed to file their reply briefs by February 17, 2023.

    The scheduling notification is SO ORDERED. Appellees' brief must be filed by February 1, 2023, and Appellants' reply briefs must be filed by February 17, 2023.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

