**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: January 19, 2023
Docket #: 22-2908cv
Short Title: Antonyuk v. Hochul

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 22-cv-986
DC Court: NDNY
(SYRACUSE)DC Docket #: 22-
cv-986
DC Court: NDNY (SYRACUSE)
DC Judge: Suddaby
DC Judge: Hummel

## NOTICE OF DEFECTIVE FILING

On January 17, 2023, the AMICUS BRIEF, on behalf of Amicus Curiae The City of New York in 22-2908, 22-2972, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2)*, click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
_____ Defective cover *(FRAP 32)*
    \_\_\_X\_\_\_ **Incorrect caption** *(FRAP 32)*-**SEE BELOW FOR OFFICIAL CAPTION**
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
\_\_\_X\_\_\_ **Incorrect pagination, click here for instructions on how to paginate PDFs**
    *(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*

_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
___X___ Other: KATHLEEN HOCHUL IS NOT AN APPELLANT IN THIS APPEAL.
<mark>**PLEASE CORRECT THE CAPTION AND RE-FILE USING THE ORIGINAL FILING EVENT. SIX NEW COVERS ARE REQUIRED AS SOON AS POSSIBLE IF PAPER COPIES PROVIDED.**</mark>

Please cure the defect(s) and resubmit the document, with the required copies if necessary, **no later than 01/23/2023**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8543.

---

**Ivan Antonyuk, Corey Johnson, Alfred Terrille, Joseph Mann, Leslie Leman, Lawrence Sloane,**

       **Plaintiffs - Appellees,**

**v.**

**Steven A. Nigrelli, in his Official Capacity as Acting Superintendent of the New York State Police, Matthew J. Doran, in his Official Capacity as the Licensing Official of Onondaga County, Joseph Cecile, in his Official Capacity as the Chief of Police of Syracuse**

       **Defendants - Appellants,**

**Kathleen Hochul, in her Official Capacity as the Governor of the State of New York, William Fitzpatrick, in his Official Capacity as the Onondaga County District Attorney, Eugene Conway, in his Official Capacity as the Sheriff of Onondaga County, P. David Soares, in his Official Capacity as the District Attorney of Albany County, Gregory Oakes, in his Official Capacity as the District Attorney of Oswego County, Don Hilton, in his Official Capacity as the Sheriff of Oswego County, Joseph Stanzione, in his Official Capacity as the District Attorney of Greene County,**

       **Defendants.**