# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Antonyuk v. Hochul**　　　　　Docket No.: **22-2972**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **Bradley A. Benbrook**

Firm: **Benbrook Law Group, PC**

Address: **701 University Avenue, Suite 106, Sacramento, CA 95825**

Telephone: **(916) 447-4900**　　Fax:

E-mail: **brad@benbrooklawgroup.com**

Appearance for: **Center for Human Liberty**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☐ Additional counsel (co-counsel with: _____)
(name/firm)

☑ Amicus (in support of: **Plaintiffs-Appellees Ivan Antonyuk, et al.**)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

Signature of Counsel: **/s/ Bradley A. Benbrook**

Type or Print Name: **Bradley A. Benbrook**