**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

---

Short Title: Antonyuk et al. v. Nigrelli et al.　　　　Docket No.: 22-2972

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Dan M. Peterson

Firm: Dan M. Peterson PLLC

Address: 3925 Chain Bridge Road, Suite 403

Telephone: 703-352-7276　　Fax: 703-359-0938

E-mail: dan@danpetersonlaw.com

Appearance for: Law Enforcement Groups and Firearms Rights Groups/Amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Antonyuk et al./Appellees )
(party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 6, 2020　　OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Dan M. Peterson

Type or Print Name: Dan M. Peterson