# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Antonyuk v. Hochul    Docket No.: 22-2972

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen M. Duvernay

Firm: Benbrook Law Group, PC

Address: 701 University Avenue, Suite 106, Sacramento, CA 95825

Telephone: (916) 447-4900    Fax:

E-mail: steve@benbrooklawgroup.com

Appearance for: Amicus Curiae Center for Human Liberty
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Bradley A. Benbrook )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Stephen M. Duvernay

Type or Print Name: Stephen M. Duvernay